DOLLY M. TROMPETER, ESQ.
CA Bar ID No. 235784
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 415-271-8604
Fax: 866-282-6709
dolly@dollydisabilitylaw.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMMI BRODMANN,<br><br>        Plaintiff,<br><br>    vs.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>        Defendant. | Case No. 1:23-cv-01084-JLT-BAM<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR EXTENSION OF TIME |

   IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 60-day extension of time, from October 18, 2023 to December 18, 2023, for Plaintiff to serve on defendant with PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT.  All other dates in the Court's Scheduling Order shall be extended accordingly.

   This is Plaintiff's first request for an extension of time.  Plaintiff respectfully states that the requested extension is necessary due several merit briefs being due

1

1  on the same week.  For the weeks of October 16, 2023 and October 23, 2023,
2  Counsel has eight merit brief, two reply briefs, and a Plaintiff's Settlement
3  Proposal due.  Additionally, Counsel is currently on stand-by for jury service.
4  Counsel requires additional time to brief the issues thoroughly for the Court's
5  consideration. Defendant does not oppose the requested extension.  Counsel
6  apologizes to the Defendant and Court for any inconvenience this may cause.

Respectfully submitted,

Dated: October 13, 2023          PENA & BROMBERG, ATTORNEYS AT LAW

By: */s/ Dolly M. Trompeter*
DOLLY M. TROMPETER
Attorneys for Plaintiff

Dated: October 13, 2023          PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE
Associate General Counsel
Office of Program Litigation
Litigation, Office 7

By:  *\*/s/ Christopher  Vieira*
Christopher  Vieira
Special Assistant United States Attorney
Attorneys for Defendant
(*As authorized by email on October 13, 2023)

2

# **ORDER**

Pursuant to the parties' stipulation, and cause appearing, Plaintiff's deadline to file a motion for summary judgment is extended to December 18, 2023.  All other deadlines in the Court's Scheduling Order are modified accordingly.  The parties are advised that no further extensions of time will be granted absent a demonstrated showing of good cause.

IT IS SO ORDERED.

Dated:   **October 16, 2023**            /s/ *Barbara A. McAuliffe*
                                         UNITED STATES MAGISTRATE JUDGE