UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMMI BRODMANN,<br><br>    Plaintiff,<br><br>    v.<br><br>MARTIN O'MALLEY[1],<br>Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:23-cv-1084 JLT BAM<br><br>ORDER REMANDING THE MATTER PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)<br><br>(Doc. 20)<br><br>ORDER DIRECTING ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF TAMMI BRODMANN AND AGAINST DEFENDANT MARTIN O'MALLEY, COMMISSIONER OF SOCIAL SECURITY |

      Tammi Brodmann and Martin O'Malley, Commissioner of Social Security, stipulated to a voluntary remand of Plaintiff's application for benefits for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). (Doc. 20.) Pursuant to the terms of the stipulation, the final decision of the Commissioner is reversed, and "the Commissioner will develop the record as necessary, proceed through the steps of the sequential evaluation process as warranted, and issue a new decision." (*Id*. at 1.) The parties also stipulated judgment shall be entered in favor of Plaintiff and against the Defendant. (*Id*. at 1-2.)

///

---

[1] Martin O'Malley became the Commissioner of Social Security on December 20, 2023. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Martin O'Malley is substituted for Kilolo Kijakazi as the defendant in this suit.

1

Based upon the terms of the stipulation, the Court **ORDERS**:

1. The matter is **REMANDED** for further administrative proceedings under sentence four of 42 U.S.C. § 405(g).
2. Plaintiff's motion for summary judgment (Doc. 16) is terminated as **MOOT**.
3. The Clerk of Court is DIRECTED to enter judgment in favor of Plaintiff Tammi Brodmann and against Defendant Martin O'Malley, the Commissioner of Social Security.

IT IS SO ORDERED.

Dated: **February 22, 2024**

UNITED STATES DISTRICT JUDGE