UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMMI BRODMANN,<br><br>        Plaintiff,<br><br>    v.<br><br>MARTIN O'MALLEY,<br>Commissioner of Social Security[1],<br><br>        Defendant. | Case No.: 1:23-cv-1084 JLT BAM<br><br>ORDER AWARDING ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT<br><br>(Doc. 23) |

Tammi Brodmann and Martin O'Malley, the Commissioner of Social Security, stipulated that Plaintiff shall be awarded fees in the amount of $5,219.77 pursuant to the Equal Access to Justice Act. (Doc. 23 at 1.) Accordingly, the Court **ORDERS**, subject to the terms of the parties' stipulation: Plaintiff is **AWARDED** fees in the amount of $5,219.77 under 28 U.S.C. § 2412(d).

IT IS SO ORDERED.

    Dated: __**May 21, 2024**__                        _/s/ Jennifer L. Thurston_
                                                                                                                     UNITED STATES DISTRICT JUDGE

---

[1] Martin O'Malley became the Commissioner of Social Security on December 20, 2023. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, the Court substitutes Martin O'Malley as the defendant in this suit.